# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JIM LEROY HOUSLEY**                                                    **PLAINTIFF**

**V.**                 **CASE NO. 5:10CV00178 SWW/BD**

**RAY HOBBS**                                                          **DEFENDANT**
**Director, Arkansas Department of Correction**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety. Accordingly, Plaintiff's due process claims are hereby dismissed with prejudice. In addition, Plaintiff's motion for the appointment of counsel [doc.#7] has been considered by the Court and is hereby denied.

IT IS SO ORDERED, this 7th day of July 2010.

                                                         /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE