IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIM LEROY HOUSLEY,**                                                                        **PLAINTIFF**
**ADC 119521**

**V.**                    **CASE NO. 5:10CV00178 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                         **DEFENDANT**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motion for injunctive relief (docket entry #16) is DENIED.

IT IS SO ORDERED, this 4th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE