## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JIM LEROY HOUSLEY,**                                                              **PLAINTIFF**
**ADC 119521**

**V.**                          **CASE NO. 5:10CV00178 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                     **DEFENDANT**

### ORDER

The Court has received and considered Magistrate Judge Beth Deere's

Recommended Disposition.  Neither party has filed an objection.  After reviewing the

record *de novo*, the Court concludes that the Recommended Disposition should be

approved.  The findings in the recommended disposition are adopted as this Court's own

findings, in all respects.

Mr. Hobbs's motion for summary judgment (docket entry #26) is GRANTED.  Mr.

Housley's equal protection claim is DISMISSED with prejudice.  Mr. Housley's motion

to amend his complaint and his motion for injunctive relief (#36 and #39) are DENIED.

IT IS SO ORDERED, this 21st day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE