IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIM LEROY HOUSLEY,**                                                                                     **PLAINTIFF**
**ADC 119521**

**V.**                              **CASE NO. 5:10CV00178 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of April 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE