# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JIM LEROY HOUSLEY**                                                    **PLAINTIFF**

**V.**                  **CASE NO. 5:10CV00178 SWW/BD**

**RAY HOBBS**                                                        **DEFENDANT**
**Director, Arkansas Department of Correction**

## ORDER

By Order and Judgment filed April 21, 2011 [doc.#'s 47,48] the Court adopted the Recommended Disposition from Magistrate Judge Beth Deere entered March 24, 2011 [doc.#42] and dismissed this case with prejudice. The following day – April 22, 2011 – the Court received plaintiff's belated objection [doc.#50] to the Recommended Disposition. Construing plaintiff's objection as a motion for reconsideration, the reaffirms its adoption of the Recommended Disposition and denies plaintiff's objection/motion for reconsideration.

IT IS SO ORDERED, this 26th day of April 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE